UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



OCT 0 7 2016

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | |
| § | CRIMINAL NO. H-16 |
| JOHAN ANCELMO MARTINEZ § | |
| § | |
| Defendant § | |

# 16 CR 0457

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about September 25, 2016, in the Houston Division of the Southern District of Texas, the defendant,

**JOHAN ANCELMO MARTINEZ,**

knowingly and willfully entered, in violation of security requirements prescribed under sections 44901, 44903(b) and (c) and 44906 of this title, an aircraft and an airport area that serves an air carrier and foreign air carrier.

**In violation of Title 49 United States Code, Sections 46314(a) and (b).**

KENNETH MAGIDSON
United States Attorney

By: _____
Celia Moyer
Assistant United States Attorney